FILED

1:54 pm, 8/28/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

DAVID MECARTNEY,

Plaintiff,

vs.

KELLY CORNELL, et al.,

Defendants.

Case No. 26-CV-32-ABJ

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**THIS MATTER** is before the Court on Plaintiff David Mecartney's *Motion for Leave to File Second Amended Complaint* ("*Motion*") [ECF No. 27]. Plaintiff is seeking leave of the Court to file his *Second Amended Complaint* [ECF No. 28-3] under FED. R. CIV. P. 15(a)(2). Defendants indicate that they "take no position on Plaintiff's *Motion* and put Plaintiff on his proof as to whether the motion should be granted. Defendants respectfully submit that the substance of the proposed [*Second Amended Complaint*] is wholly without merit." ECF No. 29 at 1.

Despite Defendants' disagreements with the merits of Plaintiff's *Second Amended Complaint*, there has been no showing—or finding of this Court—that would warrant the denial of Plaintiff's *Motion*. *See Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993) ("Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure

deficiencies by amendments previously allowed, or futility of the amendment."). Given that the purpose of Rule 15 is to afford litigants "the maximum opportunity for each claim to be decided on its merits[,]" the Court finds that Plaintiff's *Motion* should be **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff shall file his *Second Amended Complaint* [ECF No. 28-3] within **three (3) days** of the issuance of this Order.

**IT IS FURTHER ORDERED** that Defendant Robert Cohen's *Motion to Dismiss* [ECF No. 13] is hereby **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant Sasha Zolik's *Motion to Dismiss* [ECF No. 15] is hereby **DENIED AS MOOT**.

Dated this 28th day of August, 2026.

Scott P. Klosterman
United States Magistrate Judge